marked "D" at 12½ percent under the provision in paragraph 353, as modified by T.D. 52739, for transformers; and the items marked "E" at the appropriate rate of duty, depending upon the date of entry, under the provision in paragraph 397, as modified by T.D. 51802 or T.D. 54108, for manufactures of metal, as claimed.

**No. 66895.**—Kanematsu New York, Inc. *v.* United States, protests 61/16043, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of photo lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.

**No. 66896.**—Castelazo & Associates and Surgident, Ltd. *v.* United States, protests 60/16671, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Directa" protective crowns similar in all material respects to those the subject of Abstract 66211, the claim of the plaintiffs was sustained.

**No. 66897.**—Castelazo & Associates and Surgident, Ltd. *v.* United States, protests 60/20088, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Directa" protective crowns similar in all material respects to those the subject of Abstract 66211, the claim of the plaintiffs was sustained.

**No. 66898.**—Castelazo & Associates and Surgident, Ltd. *v.* United States, protests 60/25196, etc. (Los Angeles).